# EXHIBIT A

To Whom It May Concern:

I have applied for immigration visas (IR5) for my parents and make this statement regarding my father's case. The details of his application are as follows:

| | |
|---|---|
| Full Name: | Gholamhassan Homayoni |
| NVC Case No: | YRV2023637005 |
| Priority Date: | 29 Apr 2022 |
| Interview Date: | 21 Nov 2024 |

My parents had their immigration interview at the U.S. embassy in Yerevan on Thursday, 21 November 2024. My mother was granted a visa, but my father was not. His application was placed in Administrative Processing. We file this lawsuit now to enable our family reunion after 16 years.

My father is 78 years old. My brother and I are his only children. We were both granted green cards through National Interest Waivers and have since become US citizens who live in the US. My son, his only grandchild, is also a US citizen enrolled in his second year of college. His wife, my mother, was granted a visa and is currently in the US, and he is left alone in Iran with no immediate family. We have a great deal of concern for my father's health living alone thousands of miles away from his beloved immediate family members.

During the interview, the embassy officer asked for my father's proof of employment. My father was a Fireman, and he retired in 2005. The officer definitively stated to my parents that the reason he cannot grant my father's visa is because his documentation is not complete. His proof of employment was missing. Nowhere in the application process for an immigration visa is proof of employment listed as a requirement, so he did not have it to provide to the officer. The officer who conducted my parents' interview used his discretion to request a document that is not on the required documents list.

In refusing to grant my father a visa, the embassy officer issued a DS Form 5535. The form included a series of general questions which we had already answered either on the DS Form 260 or by the required documents uploaded in the system prior to the interview. We completed DS 5535 Form and returned it to the embassy the day after the interview.

We also submitted my father's proof of retirement to the same e-mail address on 12 December 2024.

My parents visited us in the US in 2013 while my brother and I were students pursuing our doctoral degrees. Since then, every visitor visa application they submitted was rejected, because they have no ties to Iran to ensure they will return. Now that we have applied for permanent residency, my father's visa is again not granted. What possible reason is there not to grant my father a visa? The fact that he was granted a visitor visa in 2013 means that he was vetted once and found to pose no danger to National Security.

The situation would be different if I could return to Iran, but I cannot. I am a single mother, who had custody of my son under US laws. I am divorced. The separation was bitter and hostile. One of my reasons for leaving Iran was to escape the abuse and vindictiveness of my ex-husband and his parents. If I had returned to Iran while my son was a minor, his estranged father could have claimed custody and taken him from me. Now that my son has turned 18, he cannot return to Iran because of a two-year

compulsory military service mandated for all Iranian men. Additionally, I have serious concerns about him traveling to Iran. He has lived in the United States since the age of four, speaks Farsi with an American accent, and cannot read or write in Farsi, which could make him an easy target for anti-American hostility. As US citizens returning to our native land is not an option. This imposes a great deal of hardship on me.  To reunite with my parents, I and they must travel to third country which is expensive, time consuming, and limits us to only two weeks to enjoy our time together.

The political situation in Iran continues to deteriorate.  The current situation in Middle East could escalate at any moment, placing my father's safety and even the possibility of his departure in jeopardize.  With both of his children naturalized citizens living in the US, my parents are easy targets for anti-American aggression.

Besides, six years ago, my father was struck by a car and it nearly cost him his life.  His leg was horribly injured, requiring surgery to install metal rods so that he would be able to walk again.

The court's verdict associated with this accident is attached.  The court classify the incident as semi-deliberate. The driver was a young soldier.  He appeared to target my father, veering the car toward him rather than turning to avoid hitting him.  Whether or not it was a deliberate attack, what motivated the young man, and who might ultimately be responsible remains unknown. This "accident" validated my concern for my parents' safety.

My father's case was put in Administrative Processing, and now our whole family is suffering the consequences.  All we are asking is to reunite our family where we are all safe and free from persecution. After my parents visited the US in 2013, me and my son could not see them for 9 years until 2022 after we became US citizen when we traveled to Malaysia to reunite. My father has already missed 16 years of his only grandson's life.  It is tragic to think he will miss one more day simply because of a procedural error.

I declare under penalty of perjury that the foregoing is true and correct.

Sincerely,
Homa Homayoni